UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. **5:19-cv-00054 DDP (AFM)**   Date: **March 25, 2019**

Title   **Ruben Alonzo v. P.A. Martin Hernandez, et al.**

---

Present: The Honorable: **ALEXANDER F. MacKINNON, U.S. Magistrate Judge**

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):  ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

On January 9, 2019, *pro se* Plaintiff Ruben Alonzo filed a Civil Rights Complaint. On February 6, 2019, the Court advised plaintiff that his complaint was being screened pursuant to 28 U.S.C. § 1915(e)(2). Plaintiff was also advised of his obligation to notify the Court immediately of any change of address and that failure by plaintiff to inform the Court of his current address may result in the action being dismissed for failure to prosecute. *See Carey v. King,* 856 F.2d 1439, 1440-41 (9th Cir. 1988); Local Civil Rule 41-6.

From the Court's review of public information, it appears that plaintiff is no longer in BOP custody, and he has not provided the Court with his current address. Accordingly, the Court orders plaintiff to show cause *in writing* on or before **April 10, 2019,** why this action should not be dismissed for lack of prosecution. The Order to Show Cause will stand submitted on that date. Plaintiff is hereby cautioned that failing to comply with this Order and to show cause, will result in the recommendation that this action be dismissed for failure to prosecute.

IT IS SO ORDERED.

|  | : |
|---|---|
| **Initials of Preparer** | ib |