JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN ALONZO,<br><br>    Plaintiff,<br><br>    v.<br><br>P.A. MARTIN HERNANDEZ, et al.,<br><br>    Defendants. | Case No. 5:19-cv-0054-DDP (AFM)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed without prejudice for failure to prosecute.

DATED: 8/30/2019

_____
DEAN D. PREGERSON
U.S. DISTRICT JUDGE